Timothy Rizzo, PE, 272 County Highway 107, Johnstown, New York 12095, 518-265-3561, rizzotj@hotmail.com

May 23, 2016

**Hon. Andrew T. Baxter, U.S. Magistrate Judge**
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

*Case:*   *Rizzo v. Globalfoundries, U.S., Inc., et al.*
      6:15-CV-00557 (MAD)(ATB)
Reason: Letter Request and Reply to Don Henderson



Dear Judge Baxter,

Thank you for updating the Court Calendar. There may be the need for adjustments down the road. I am providing this letter / update along with a Reply to the Affidavit by Don Henderson. I have attempted to bullet this letter in ease of reading.

Update and status:
1. I have been seeking council and the primary issue that was noted by other firms is past action of WC Lawyer (Jillian Gordon) and past actions of P2LAW (Roxanne DeFrancesco). Council I have spoken with expressed that the case is of merit but either too large or congestive of time. I do have interest with a high power law firm and they may consider taking over the case after and I win the Motion to Dismiss, leaving all the hard work up to me. I will pursue this option after defeating the Defendant's Motion to Dismiss. Yet - if and when a firm arises - the Court will be notified.
2. Currently, I am having health issues and seeing doctors. There may be an operation involved. This may impact all schedules and timing. Health is a primary concern and needs to be addressed. Sorry, for the troubles but I will keep everyone posted.
3. On May 5, 2016 documentation was mailed in to WC as well as communications between a witness and me stating that the TOOL broke and that the Tool Owner found the break. This is in parallel to the air sample (minus other sample data) which states they were looking for the leak and the videos. I have asked the WC Court to protect the witness and I would assume that they have protocol for such.
4. Doctor Miloslavsky attorney submitted his credentials and they were outstanding - 17 pages long and provided his reference of two main journals. As discussed during the private teleconference with P2Law Dr. Miloslavsky was highly creditable. Deposition has not been scheduled.
5. Dr. Wang had to follow protocol due to hospital regulations from my understanding, it was harder for Dr. Wang due to him switching from prior employers and left the practice at which I receive my care from.
6. Defendants have been in touch with Dr. Salenger's attorney. Deposition is scheduled for July 18, 2016.
7. Deposition with Dr. Hodgman is scheduled, June 11, 2016. (Maybe impacted due to health).
8. Enclosed are doctors CV's.
9. Overall there are **many** journals which have been confirmed by treating doctors and are referenced in the Link and Causation Report. The science supports the claim and the Link and Causation Report expands the claim.

*US District Court, Northern District of New York, Rizzo v. GLOBALFOUNDRIES, U.S., Inc., et al.*
*6:15-CV-00557(MAD)(ATB)*
*Prose, Letter Request and Motion to Exceed 25 pages*
- 1 -

Timothy Rizzo, PE, 272 County Highway 107, Johnstown, New York 12095, 518-265-3561, rizzotj@hotmail.com

10. Court was provided a copy of M&K response.  Enclosed is a Reply to the Affidavit and shows compelling contradictions.
11. I may request additional time in Reply Brief due to complexity of issues and traditional submission and that I do not have proper legal staff to assist me and if we want to consider it at this time I would respectfully ask for the Reply Brief time frame for me to be extended by 30 days for regularly submitted time frames.
12. Communications between Defendants and I are limited.
13. Received an Answer to the complaint on 5-20-16 from GF.  Not sure what is to take place next.  I thought it was to be a Motion to Dismiss later on.
14. I am emotionally upset and tired from the continual medical let alone the destruction that has taken place.  I wish that the Defendants helped me when I was in need and the internal damage could have been stopped.  My life has completely changed.  There are no words I can express how emotionally upset I am and how my life has been destroyed.  I can't get back my health and live a normal life or enjoy a life of quality.  It's upsetting.

Thank you for understanding my concerns and allowing me this opportunity.

Respectfully submitted,

Timothy Rizzo
518-265-3561

c:      Jones Day
        Lewis Brisbois Bisgaard & Smith, LLP

Encl:   Questions & Concerns
        Doctor Cv's

US District Court, Northern District of New York, Rizzo v. GLOBALFOUNDRIES, U.S., Inc., et al.
6:15-CV-00557(MAD)(ATB)
Prose, Letter Request and Motion to Exceed 25 pages
- 2 -

Timothy Rizzo, PE, 272 County Highway 107, Johnstown, New York 12095, 518-265-3561, rizzotj@hotmail.com

Questions & Concerns

1. Request to file the two chemical list with the Court as a DKT (chemical list by GF and chemical list from CIS). These are not trade secrets - as we all know - they are a list of chemicals and they hold value to the case in knowing that the Defendant attempted to debunk the facts by producing a false list. The list from the CIS is an OSHA mandated requirement. The release of a chemical exposure list was ordered by the Court in prior DKT but provided a list of chemicals in use. **Yes or No**

   a. Or does the Court want me to file the two chemicals list in the Brief as an attachment? **Yes or No**

2. Shall the CV and Journals be included as an attachment to the Brief placed at the end of the writings with TOC similar to Link and Causation Report? **Yes or No**

3. Will depositions be filed as a DKT with the Court? **Yes or No**

4. Am I filing the Motion for Summary Judgment? Most recent order states Summary Judgments while we discussed a Motion to Dismiss in all past conversations. **Yes or No**

   a. Is this in error and it was intended for a Motion to Dismiss? **Yes or No**
   b. Or should I file for Summary Judgment and end the case? **Yes or No**

5. Does the Court want the Link and Causation Report submitted in full with appendix (digitally) and to be sealed? I feel it is of value to the Court. **Yes or No**

6. If required to depose the Defendants expert, shall I use the assistance of the Court to have this deposition take place. **Yes or No**

7. Are there to be documents recorded and entered during depositions? **Yes or No**

8. Does the Court need to hold a special hearing to talk to me about the case and complexity of issues and facts after we submit our Legal Briefs? **Yes or No**

9. Do I have to supply a reply to the Answer by the Defendant's? **Yes or No**

   a. If yes, please extend at minimum 60 so I can try to get it completed and maintain my health.

10. Will this case be over with after the Judgment has been ruled? **Yes or No**

11. Can the Court Order GF to release the EPA/ Dec/ HAZMAT clean up on the toxic barrels they found and the newly discovered toxics which are being removed currently? These chemicals are important due to them being hydrocarbons and toxic to the human body. **Yes or No**

12. Are there any outstanding items I must complete for the Court?

*US District Court, Northern District of New York, Rizzo v. GLOBALFOUNDRIES, U.S., Inc., et al.*
*6:15-CV-00557(MAD)(ATB)*
*Prose, Letter Request and Motion to Exceed 25 pages*
- 3 -

## Curriculum Vitae

| | |
|---|---|
| **Date Prepared:** | April 19, 2016 |
| **Name:** | Eli M. Miloslavsky, M.D. |
| **Office Address:** | Rheumatology Unit<br>Massachusetts General Hospital<br>55 Fruit Street, Yawkey 2<br>Boston MA 02114 |
| **Work Phone:** | (617) 726-7938 |
| **Work Email:** | Emiloslavsky@mgh.harvard.edu |
| **Work FAX:** | (617) 643-1274 |
| **Place of Birth:** | Moscow, Russia |

### Education

| | | | |
|---|---|---|---|
| 1995-1999 | B.A. | Economics and International Relations | Tufts University |
| 2004-2008 | M.D. | | Mount Sinai School of Medicine |

### Postdoctoral Training

| | | | |
|---|---|---|---|
| 6/2008-6/2009 | Internship | Internal Medicine | Massachusetts General Hospital |
| 6/2009-6/2011 | Residency | Internal Medicine | Massachusetts General Hospital |
| 7/2011-6/2014 | Clinical and Research Fellowship | Rheumatology | Massachusetts General Hospital |
| 9/2012-6/2014 | Research Fellowship | Medical Education Research | Harvard Medical School Academy |
| 7/2014-6/2015 | Rabkin Fellowship in Medical Education | Medical Education | Beth Israel Deaconess Medical Center |

### Faculty Academic Appointments

| | | | |
|---|---|---|---|
| 7/2014- | Instructor in Medicine | Medicine, Division of Rheumatology Allergy and Immunology | Harvard Medical School |

1

## Appointments at Hospitals/Affiliated Institutions

| 7/2013-6/2014 | Graduate Assistant in Medicine | Medicine, Rheumatology Unit | Massachusetts General Hospital |
| 7/2014- | Assistant in Medicine | Medicine, Rheumatology Unit | Massachusetts General Hospital |

## Other Professional Positions

| 1999-2000 | Financial Analyst | General Electric Capital Corporation |
| 2000-2001 | Research Associate | Economists Incorporated |
| 2001-2004 | Research Associate | Public Policy Institute of California |
| 2015- | E-consultant | RubiconMD |

## Major Administrative Leadership Positions

**Local**

| 2013- | Director of Curriculum Development and Facilitator Training, Department of Medicine Simulation Training Program | Massachusetts General Hospital |
| 2014-2015 | Core Faculty Member - Human Systems Rheumatology | Harvard Medical School |
| 2014- | Subspecialty Education Coordinator - Rheumatology | Department of Medicine, Massachusetts General Hospital |
| 2014- | Associate Clerkship Director, Advanced Core Medicine Clerkship | Harvard Medical School |
| 2014- | Co-Director, Vasculitis and Glomerulonephritis Center | Massachusetts General Hospital |
| 2015- | Clerkship Director, Rheumatology elective | Massachusetts General Hospital |
| 2016- | Associate House Director, HMS Principle Clinical Experience | Massachusetts General Hospital |

2

## Committee Service

**Local**

| | | |
|---|---|---|
| 2007-2008 | Admissions Committee | Mount Sinai School of Medicine<br>Member |
| 2009-2011 | Ambulatory Training Restructuring Committee, Department of Medicine | Massachusetts General Hospital<br>Member |
| 2009-2011 | Executive Committee on Teaching and Education | Massachusetts General Hospital<br>Member |
| 2009-2011 | Resident Quality and Safety Committee, Department of Medicine<br>2009-2010<br>2010-2011 | Massachusetts General Hospital<br><br>Member<br>Co-Chair |
| 2012-2013 | Strategic Planning Education Workgroup | Massachusetts General Hospital<br>Member |
| 2013- | Professional Development Coaching Program, Department of Medicine | Massachusetts General Hospital<br>Resident coach |
| 2014- | Annual Teaching Retreat Planning Committee, Department of Medicine | Massachusetts General Hospital<br>Member |
| 2014- | Rheumatology Fellowship Program Selection Committee | Massachusetts General Hospital<br>Member |
| 2014- | Rheumatology Fellowship Program Program Evaluation Committee | Massachusetts General Hospital<br>Member |
| 2015- | Immunity in Defense and Disease Course Design Committee | Harvard Medical School<br>Core Faculty Member, Rheumatology |
| 2015- | Partners Committee on Education Subcommittee for Evaluation and Feedback | Partners Healthcare<br>Member |
| 2015- | Department of Medicine Education Council | Massachusetts General Hospital<br>Member |

**National and International**

| | | |
|---|---|---|
| 2014- | Continuing Assessment, Review, and Evaluation (CARE) Group | American College of Rheumatology<br>Question writer (2014-2015)<br>Section Chair – Vasculitis (2015-current) |
| 2014- | Annual Meeting Planning Committee | American College of Rheumatology<br>Member |

3

| 2015- | Annual Meeting Abstract Review Committee - Education | American College of Rheumatology Member |
| 2015- | Annual Meeting Abstract Review Committee - Vasculitis | American College of Rheumatology Member |

## Professional Societies

| 2008- | Massachusetts Medical Society | Member |
| 2011- | American College of Rheumatology | Member |

## Editorial Activities

**Reviewer**

Arthritis and Rheumatology
Arthritis Care and Research
Journal of Rheumatology
Clinical Rheumatology
Medicine (Oxford)
Clinical Journal of the American Society of Nephrology
Journal of the American Society of Nephrology
American Journal of Transplantation
Simulation in Healthcare

## Honors and Prizes

| 2008 | Gold Humanism Honor Society | Mount Sinai School of Medicine | Patient care |
| 2008 | Alpha Omega Alpha | Mount Sinai School of Medicine | Academic achievement |
| 2008 | Senior Tutor Award | Mount Sinai School of Medicine | Teaching |
| 2011 | Partners in Excellence Award | Massachusetts General Hospital | Teaching |
| 2011 | Senior Resident Award for Excellence in Teaching | Department of Medicine, Massachusetts General Hospital | Teaching |
| 2012 | Fellow Award for Excellence in Teaching | Department of Medicine, Massachusetts General Hospital | Teaching |
| 2013 | Fellow Award for Excellence in Teaching | Department of Medicine, Massachusetts General Hospital | Teaching |
| 2013 | Distinguished Fellow Award | American College of Rheumatology | Research, teaching and service |

4

| 2015 | Stanley M. Wyman Teaching Award | Department of Medicine, Massachusetts General Hospital | Teaching |
|------|--------------------------------|------------------------------------------------------|----------|
| 2015 | Partners Medical Education Research Award | Partners Healthcare | Medical education research |

## Report of Funded and Unfunded Projects

### Funding Information

**Current**

| | |
|---|---|
| 2014- | Short-Course Glucocorticoids and Rituximab in ANCA-Associated Vasculitis (SCOUT)<br>Investigator initiated trial - Genentech Corporation<br>Co-Investigator (Principal Investigator - Dr. John Stone) ($289,000 total budget)<br>Investigator initiated single center pilot trial testing the hypothesis that glucocorticoids administered for 8 weeks in combination with rituximab are safe and effective in remission induction of ANCA associated vasculitis in a subgroup of patients. |
| 2014- | Development of the Glucocorticoid Toxicity Index<br>Investigator initiated study - Genentech Corporation<br>Co-Investigator (Principal Investigator - Dr. John Stone) ($169,000 total budget)<br>The objective of this project is to develop a standardized tool for measuring adverse events in clinical trials employing glucocorticoids in order to further understand the morbidity and economic costs associated with glucocorticoid use and the value of glucocorticoid-sparing agents.  During the first phase we will perform a detailed analysis of the Rituximab in ANCA-associated Vasculitis (RAVE) trial in order to determine the relation of glucocorticoid toxicity to the total glucocorticoid dose received during the trial.  In the second phase we will conduct a modified Delphi exercise among experts in the field utilizing existing literature and the results of the RAVE trial analysis with the goal of developing the Glucocorticoid Toxicity Index. |
| 2014- | Improving the Resident-Fellow Teaching Interaction Through the Fellow As Clinical Teacher (FACT) Curriculum<br>Clinician Scholar Educator Award – Rheumatology Research Foundation<br>Principal Investigator ($50,000/year, renewable for up to 3 years)<br>The goal of this project is to develop and implement a curriculum directed at improving fellows' teaching skills.  The program will focus specifically on fellows' teaching skills as they pertain to teaching during the consult interaction. |

### Current Unfunded Projects

| | |
|---|---|
| 2012- | Co-Investigator / Rituximab versus Cyclophosphamide for ANCA-Associated Vasculitis (RAVE Trial)<br>In collaboration with Dr. John Stone, the principal investigator of the RAVE trial, we are conducting the following analyses of the RAVE trial data.<br><ul><li>The natural history of non-severe relapses treated with glucocorticoids</li><li>Treatment response and serological versus clinicopathological classifcation in ANCA-associated vasculitis</li></ul> |

5

- Clinical features of MPO-ANCA-positive patients with granulomatosis with polyangiitis

2013-     Principal Investigator / Defining and enhancing the resident-fellow teaching interaction
In collaboration with investigators at MGH, BWH and BIDMC we are examining the interaction between residents and fellows that occurs in the setting of inpatient consultation via the following projects:
- Survey study of fellows at MGH, BWH and BIDMC focused on evaluation of attitudes towards teaching among subspecialty fellows and assessment of fellows' teaching skills.
- Randomized study of an intervention to enhance the resident-fellow teaching interaction on the MGH Bigelow medical service.
- Pilot study of housestaff consult service evaluation.

## **Report of Local Teaching and Training**

### **Teaching of Students in Courses**

| | | |
|---|---|---|
| 2012-2014 | Introduction to the Professions<br>1st year medical students | Harvard Medical School<br>One to two full day simulation sessions |
| 2012-2015 | Human Systems – Rheumatology<br>Introduction to Rheumatology; Infectious Arthritis; Evaluation of Aches and Pains<br>2nd year medical student lectures | Harvard Medical School<br>Three lectures annually |
| 2012-2015 | Human Systems – Rheumatology<br>2nd year medical students | Harvard Medical School<br>Developed and led three one-hour small groups annually |
| 2012-2015 | Patient Doctor II<br>2nd year medical students | Harvard Medical School<br>Sixteen two-hour small group sessions annually |
| 2013-2015 | Patient Doctor II – Rheumatology skills session<br>2nd year medical students | Harvard Medical School<br>Developed and led one three hour session annually |
| 2013- | Principle Clinical Experience<br>Approach to arthritis<br>3rd year medical students | Harvard Medical School<br>Four one hour lectures annually |
| 2014 | Patient Doctor II<br>2nd year medical students | Harvard Medical School<br>Objective Structured Clinical Examination (OSCE) examiner; one four hour session |
| 2015- | Advanced Medicine Clerkship<br>Physical finding rounds | Harvard Medical School<br>Two one-hour sessions monthly |

6

4th year students

| 2015- | Advanced Medicine Clerkship<br>Advanced clinical reasoning<br>4th year students | Harvard Medical School<br>One one-hour sessions monthly |
| --- | --- | --- |
| 2015- | Immunity in Defense and Disease<br>1st year medical students | Harvard Medical School<br>Core faculty - developed 4 two-hour sessions (Approach to joint pain; Approach to arthritis; Infectious arthritis; Approach to vasculitis)<br>Led 8 two-hour sessions |

## Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs)

| 2011 - 2012 | Pearls in rheumatology<br>Ambulatory Care Curriculum Conference<br>Medicine residents | Massachusetts General Hospital<br>Two one-hour lectures |
| --- | --- | --- |
| 2012 | Management of gout<br>Ambulatory Care Curriculum Conference<br>Medicine residents | Massachusetts General Hospital<br>Five half-hour lectures |
| 2012 | Procedures in rheumatology<br>Ambulatory Care Curriculum Conference<br>Medicine-Pediatrics residents | Massachusetts General Hospital<br>One one-hour lecture |
| 2012- | Fibromyalgia<br>Ambulatory Care Curriculum Conference<br>2nd and 3rd year medicine residents | Massachusetts General Hospital<br>Four one-hour lectures (every other year) |
| 2013 | Developing an effective interaction with housestaff<br>Pulmonary Fellowship Summer Series<br>1st year pulmonary/critical care fellows | Massachusetts General Hospital<br><br>One one-hour lecture |
| 2013- | Approach to mono and oligoarthritis<br>Ambulatory Care Curriculum Conference<br>1st year medicine residents | Massachusetts General Hospital<br>Four one-hour lectures (every other year) |
| 2013- | Approach to vasculitis in the outpatient setting<br>Ambulatory Care Curriculum Conference<br>2nd and 3rd year medicine residents | Massachusetts General Hospital<br><br>Four one-hour lectures (every other year) |
| 2013- | Resident-report discussant<br>Resident Report<br>Internal medicine residents | Massachusetts General Hospital<br>Two to four one-hour sessions annually |

7

| | | |
|---|---|---|
| 2013- | Topics in rheumatology<br>Noon Conference, Department of Medicine<br>Internal medicine residents | North Shore Medical Center<br>Six one-hour lectures annually |
| 2013-2014 | Facilitating high-fidelity simulation<br>Pulmonary Fellowship Summer Series<br>1st year pulmonary/critical care fellows | Massachusetts General Hospital<br>Two one-hour workshops |
| 2013- | DOM Coaching Program<br>Internal Medicine residents | Massachusetts General Hospital<br>Coach three residents annually (four<br>hours each) |
| 2014- | Interpreting labs in rheumatology<br>Noon Conference, Department of Medicine<br>Internal Medicine residents | Massachusetts General Hospital<br>One one-hour lecture annually |
| 2014- | Simulation facilitator training<br>Internal Medicine residents | Massachusetts General Hospital<br>Six one-hour lectures annually |
| 2014- | Lab interpretation<br>Rheumatology Fellowship Summer Series<br>Rheumatology fellows | Massachusetts General Hospital<br>One-hour lecture annually |
| 2014- | ASR Rheumatology Case Conference<br>Internal Medicine residents | Massachusetts General Hospital<br>One-hour lecture weekly |
| 2014- | Improving fellows' teaching skills during<br>consultation<br>Rheumatology fellowship curriculum<br>Rheumatology fellows | Massachusetts General Hospital<br><br><br>Two one-hour lectures annually |
| 2014- | Improving fellows' teaching skills during<br>consultation<br>Pulmonary fellows | Massachusetts General Hospital<br><br>One-hour lecture annually |
| 2014- | Improving fellows' teaching skills during<br>consultation<br>Pediatric fellows | Boston Children's Hospital<br><br>One ninety-minute lecture in 2014 and<br>two ninety-minute lectures in 2015 |
| 2015 | Improving fellows' teaching skills during<br>consultation<br>Endocrinology fellowship curriculum<br>Endocrinology fellows | Massachusetts General Hospital<br><br>Two one-hour lectures |
| 2015 | Improving fellows' teaching skills during<br>consultation | Massachusetts General Hospital |

8

|  | Geriatric fellowship medical education retreat<br>Geriatric fellows | Thirty minute lecture |
|---|---|---|
| 2015 | Improving fellows' teaching skills during consultation<br>Pediatric fellowship orientation<br>Pediatric fellows | Massachusetts General Hospital<br><br>Thirty minute lecture |
| 2015 | Enhancing interactions with consultants<br>Pediatrics residency orientation<br>Pediatric interns | Boston Children's Hospital<br>One-hour lecture |
| 2015 | Improving consultative medicine by enhancing the resident-fellow interaction<br>Internal Medicine Residency Noon Conference<br>Internal Medicine residents | Massachusetts General Hospital<br><br>One-hour lecture |
| 2015 | Medications in the rheumatic diseases<br>Rheumatology Fellowship Summer Series<br>Rheumatology fellows | Massachusetts General Hospital<br>One-hour lecture |
| 2015- | Approach to myopathy<br>Ambulatory Care Curriculum Conference<br>2nd and 3rd year medicine residents | Massachusetts General Hospital<br>Four one-hour lectures (every other year) |
| 2015- | Advanced shoulder and knee exam<br>Ambulatory Care Curriculum Conference<br>2nd and 3rd year medicine residents | Massachusetts General Hospital<br>One three-hour lecture |
| 2015- | Rheumatology mimics<br>Noon Conference, Department of Medicine<br>Internal Medicine residents | Massachusetts General Hospital<br>One 45 minute lecture |
| 2016 | Musculoskeletal procedure workshop<br>Ambulatory Care Curriculum Conference<br>2nd and 3rd year medicine residents | Massachusetts General Hospital<br>One three-hour lecture |

**Clinical Supervisory and Training Responsibilities**

| 2013- | Rheumatology-Dermatology Clinic, MGH<br>Rheumatology fellows and Internal Medicine residents | Precept two clinical sessions monthly |
|---|---|---|
| 2013- | Principle Clinical Experience, Harvard Medical School<br>3rd year medical students | Precept four clinical sessions monthly eight months per year |

| 2014- | Rheumatology Ambulatory Subspecialty Rotation, MGH<br>Internal medicine residents | Precept two residents during one clinical session weekly |
|---|---|---|
| 2015- | Rheumatology Fellowship Program Ambulatory precepting<br>Rheumatology fellows | Precept two clinical sessions monthly |
| 2015- | Rheumatology Consultation Service Inpatient precepting<br>Rheumatology fellows | Four weeks annually |
| 2015- | Bigelow Service Attending Inpatient precepting<br>Internal medicine residents | Four weeks annually |

## Formal Teaching of Peers (e.g., CME and other continuing education courses)

| 2013-2014 | Cases from the MGH<br>Advances in Rheumatology Course | Harvard Medical School, Massachusetts General Hospital, Brigham and Women's Hospital |
|---|---|---|
| 2014 | Approach to the patient with gout<br>Current Trends in Medicine: Multidisciplinary Conference - Harvard Medical School / IPEMED | Harvard Medical School |
| 2015 | Approach to vasculitis<br>Current Trends in Medicine: Multidisciplinary Conference - Harvard Medical School / IPEMED | Harvard Medical School |
| 2016 | Gout update<br>Brigham Rheumatology Board Review | Brigham and Women's Hospital |
| 2016 | Diagnosis and Management of ANCA-associated vasculitis<br>Medscape roundtable moderator | Medscape |

## Local Invited Presentations

*No presentations below were sponsored by outside entitites*

| 2013 | Immunosuppressive agents in neuro-rheumatology / Invited speaker |
|---|---|
| 2014 | Interdisciplinary Conference, Department of Neurology, Massachusetts General Hospital |
| 2014 | The Fellow as Clinical Teacher curriculum: Maximizing Teaching and Learning on the Wards / Abstract<br>HMS Resident as Teacher Showcase, Harvard Medical School |
| 2014 | Using simulation in assessment / Workshop<br>HMS Medical Education Day, Harvard Medical School |

| | |
|---|---|
| 2014 | Enhancing the teaching interaction between residents and fellows / Invited speaker<br>Graduate Medical Education Leadership Retreat, Boston Children's Hospital |
| 2015 | Improving consultative medicine by enhancing the resident-fellow interaction / Invited speaker<br>Rheumatology Grand Rounds, Beth Israel Deaconess Medical Center |
| 2015 | Enhancing the teaching interaction between residents and fellows / Keynote address<br>Department of Medicine Fellowship Retreat, Massachusetts General Hospital |
| 2015 | Enhancing teaching during consultation / Invited speaker<br>Academy Interhospital Collaborative, Harvard Medical School |
| 2015 | Self-Directed Learning: Moving Beyond Directed Self Learning / Co-leader of workshop (with Dr. Andrew Lichtman)<br>HMS Academy Medical Education Day, Harvard Medical School |
| 2016 | Enhancing teaching and learning during consultation<br>Rheumatology Grand Rounds, Brigham and Women's Hospital |

## Report of Regional, National and International Invited Teaching and Presentations

### Invited Presentations and Courses
*No presentations below were sponsored by outside entities*

**National**

| | |
|---|---|
| 2012 | Primary Endpoint Failure in the Rituximab in ANCA-Associated Vasculitis Trial / Abstract<br>American College of Rheumatology Annual Meeting, Washington DC |
| 2013 | Retreatment with Rituximab in the RAVE Trial / Abstract<br>American College of Rheumatology Annual Meeting, San Diego CA |
| 2013 | The Resident-Fellow Interaction: Limiting Barriers and Maximizing Learning / Plenary talk (Abstract)<br>American College of Rheumatology Annual Meeting, San Diego CA |
| 2014 | Measuring Rheumatology Fellows' Teaching Skills During a Consult Interaction Using the Objective Structured Teaching Exercise (OSTE) / Abstract<br>American College of Rheumatology Annual Meeting, Boston MA |
| 2014 | Starting a Career as a Clinician Educator / Fellows-In-Training mentorship session<br>American College of Rheumatology Annual Meeting, Boston MA |
| 2015 | Improving consultative medicine by enhancing the resident-fellow interaction / Invited speaker |

|  | Carolina Rheumatology Fellows Collaborative Winter Symposium, University of North Carolina |
|---|---|
| 2015, 2016 | Teaching During Consultation /Fellows-In-Training Session/Invited speaker<br>State of the Art Clinical Symposium, American College of Rheumatology, Chicago IL |
| 2015, 2016 | Starting a Career as a Clinician Educator / Fellows-In-Training mentorship session<br>State of the Art Clinical Symposium, American College of Rheumatology, Chicago IL |
| 2015 | ANCA-Negative and Myeloperoxidase-ANCA-Positive Patients with Granulomatosis with Polyangiitis: Clinical Manifestations and Risk of Relapse / Abstract<br>American College of Rheumatology Annual Meeting, San Francisco CA |
| 2015 | The Fellow As Clinical Teacher Curriculum: Improving Rheumatology Fellows' Teaching Skills during Inpatient Consultation / Abstract<br>American College of Rheumatology Annual Meeting, San Francisco CA |
| 2016 | Development of the Glucocorticoid Toxicity Index/ Fellows-In-Training Session/Invited speaker<br>State of the Art Clinical Symposium, American College of Rheumatology, Chicago IL |

**International**

| 2015 | Outcomes of non-severe relapses in ANCA-associated vasculitis treated with glucocorticoids / Abstract<br>Vasculitis and ANCA Workshop 2015, London, UK |
|---|---|
| 2015 | Contribution of ANCA-type and disease type to clinical manifestations and outcomes in ANCA-associated vasculitis / Abstract<br>Vasculitis and ANCA Workshop 2015, London, UK |

## Report of Clinical Activities and Innovations

### Current Licensure and Certification

| 2010 | Medical license, State of Massachusetts |
|---|---|
| 2011 | American Board of Internal Medicine, Internal Medicine |
| 2013 | American Board of Internal Medicine, Rheumatology |

### Practice Activities

| 2014- | Ambulatory Care | Rheumatology Associates, Massachusetts General Hospital | Three and one-half sessions per week |
|---|---|---|---|
| 2014- | In-patient Rheumatology Consultation service | Massachusetts General Hospital | Two 2-week blocks per year |
| 2014- | In-patient General Medicine | Bigelow Medical Service, Massachusetts General Hospital | Two 2-week blocks per year |

12

| 2015- | Ambulatory Care | Rheumatology-Dermatology multidsciplinary clinic, Massachusetts General Hospital | Two sessions per month |

## Report of Education of Patients and Service to the Community

### Activities

| 2013 | Host - National High School Shadow Day, Massachusetts General Hospital |
| 2013 | Mentor - Youth Scholars Program, Massachusetts General Hospital |

## Report of Scholarship

### Publications

### Peer reviewed publications in print or other media

1.  Wilson MB, Defilippo C, **Miloslavsky EM**, Jahn A, Coplit L, Soriano R, McMillen E, Schussler E, Meah Y.  Medical School Peer Tutoring Training Curricula.  MedEdPORTAL, AAMC 2009.

2.  Unizony S, Arias-Urdaneta L, **Miloslavsky EM**, Arvikar S, Khosroshahi A, Keroack B, Stone J, Stone J.  Tocilizumab for the treatment of large-vessel vasculitis (giant cell arteritis, takayasu arteritis) and polymyalgia rheumatica. *Arthritis Care & Research (Hoboken)* 2012; 64: 1720-9.

3.  **Miloslavsky EM**, Hayden EM, Currier PF, Mathai SK, Contreras-Valdes F, Gordon JA.  Pilot Program Utilizing Medical Simulation in Clinical Decision Making Training for Internal Medicine Interns. *Journal of Graduate Medical Education* 2012; 4: 490-495.

4.  **Miloslavsky EM**, Specks U, Merkel PA, Seo P, Spiera R, Langford CA, Hoffman GS, Kallenberg CG, St. Clair EW, Tchao NK, Viviano L, Ding L, Sejismundo LP, Mieras K, Ikle D, Jepson B, Mueller M, Brunetta P, Allen NB, Fervenza FC, Geetha D, Keogh K, Kissin EY, Monach PA, Peikert T, Stegeman C, Ytterberg SR, Stone JH; Rituximab in ANCA-Associated Vasculitis-Immune Tolerance Network Research Group.  Clinical Outcomes of Remission Induction Therapy for Severe ANCA-Associated Vasculitis. *Arthritis Rheumatology*. 2013; 65: 2441-9.

5.  Mathai SK, **Miloslavsky EM**, Contreras-Valdes FM, Milosh-Zinkus T, Hayden EM, Gordon JA, Currier PF.  How We Implemented a Resident-led Medical Simulation Curriculum in a Large Internal Medicine Residency Program. *Medical Teacher*. 2014; 36: 279-83.

6.  **Miloslavsky EM**, Specks U, Merkel PA, Seo P, Spiera R, Langford CA, Hoffman GS, Kallenberg CG, St. Clair EW, Tchao NK, Viviano L, Ding L, Ikle D, Villarreal M, Jepson B, Brunetta P, Allen NB, Fervenza FC, Geetha D, Keogh K, Kissin EY, Monach PA, Peikert T, Stegeman C, Ytterberg SR, Stone JH; Rituximab in ANCA-Associated Vasculitis-Immune Tolerance Network Research Group.  Rituximab for the Treatment of Relapses in ANCA-Associated Vasculitis. *Arthritis Rheumatology*. 2014; 66: 3151-9.

7.  Unizony S, Lim N, Phippard DJ, Carey VJ, **Miloslavsky EM**, Tchao NK, Ikle D, Asare AL, Merkel

PA, Monach PA, Seo P, St. Clair EW, Lanford CA, Spiera R, Hoffman GS, Kallenberg CG, Specks U, Stone JH.  Peripheral CD5+ B-cells in ANCA-associated vasculitis.  *Arthritis Rheumatology*. 2015; 67: 535-44.

8.  Heath J, Kohn R, Sargsyan Z, Alba G, **Miloslavsky EM**, Barbash I, Fraser T, Genuardi M, Hayden E, Mathai S, Steinhaus D, Currier P.  Simulation Curriculum in Internal Medicine: Decision-Making Training for Interns Focusing on Acute Clinical Scenarios in Critical Care.  MedEdPORTAL Publications; 2015. Available from: https://www.mededportal.org/publication/10061.

9.  **Miloslavsky EM**, Specks U, Merkel PA, Seo P, Spiera R, Langford CA, Hoffman GS, Kallenberg CG, St. Clair EW, Tchao NK, Ding L, Ikle D, Villareal M, Lim N, Brunetta P, Fervenza FC, Monach PA, Stone JH; Rituximab in ANCA-Associated Vasculitis-Immune Tolerance Network Research Group.  Outcomes of Non-Severe Relapses in ANCA-Associated Vasculitis Treated with Glucocorticoids. *Arthritis Rheumatology*. 2015; 67: 1629-36.

10.  **Miloslavsky EM\***, McSparron JI\*, Degnan KO, Huang GC, Pillinger MH, Puig, A, Bolster MB.  The Fellow As Clinical Teacher Curriculum: Enhancing Teaching in the Setting of Consultation. *Journal of Graduate Medical Education* 2015; 7: 281-282.  * Co-first authors

11.  **Miloslavsky EM**, McSparron JI, Richards JB, Puig A, Sullivan AM.  Teaching During Consultation: Factors Affecting the Resident-Fellow Teaching Interaction. *Medical Education* 2015; 49: 717-30.

12.  **Miloslavsky EM**, Sargsyan Z, Heath JK, Kohn R, Alba GA, Gordon JA, Currier PF.  A Simulation-based Resident as Teacher Program: The Impact on Teachers and Learners. *Journal of Hospital Medicine* 2015; 10: 767-72.

13.  **Miloslavsky EM**, Criscione-Schrieber LG, Jonas BL, O'Rourke KS, McSparron JI, Bolster MB. The Fellow as Clinical Teacher Curriculum: Improving Rheumatology Fellows' Teaching Skills During Inpatient Consultation. *Arthritis Care & Research* 2015 Sep 28. doi: 10.1002/acr.22733. [Epub ahead of print].

14.  Unizony S, Na L, **Miloslavsky EM**, Specks U, Merkel PA, Seo P, Spiera R, Langford CA, Hoffman GS, Kallenberg CG, St. Clair EW, Tchao NK, Ding L, Ikle D, Villareal M, Brunetta P, Fervenza FC, Monach PA, Stone JH.  Clinical Outcomes of Treatment of Anti-Neutrophil Cytoplasmic Antibody (ANCA)-Associated Vasculitis Based on ANCA Type. *Annals of the Rheumatic Diseases* 2015; Nov 30. pii: annrheumdis-2015-208073. doi: 10.1136/annrheumdis-2015-208073. [Epub ahead of print].

15.  **Miloslavsky EM**, Boyer D, Winn AS, Stafford DE, McSparron JI. Fellows as Teachers: Raising the Educational Bar. *Annals of the American Thoracic Society* 2016; in press [Epub ahead of print].

**Non-peer reviewed scientific or medical publications/materials in print or other media**

**Proceedings of meetings or other non-peer reviewed research publications**

1.  Author, NEJM Knowledge+. Authored 22 questions in rheumatology for comprehensive lifelong learning product from NEJM Group. 2014.

**Reviews, chapters, monographs and editorials**

1. **Miloslavsky EM**, Stone JH.  Polyarteritis Nodosa. In: Hoffman GS, Weyand CM, Langford CA, Goronzy JJ, editors.  Inflammatory Diseases of the Blood Vessels (2nd edition). Oxford, UK: Blackwell Publishing LTD; 2012, p. 217-225.

2. **Miloslavsky EM**, Stone JH.  Cardiac Manifestations of Rheumatologic Diseases.  In Gaggin HK, Januzzi JL, editors.  Massachusetts General Hospital Cardiology Board Review.  New York, NY: Springer Publishing; 2013, p. 515-523.

3. Carruthers MN, **Miloslavsky EM**, Stone JH.  IgG4-related pharyngitis––an addition to the nomenclature of IgG4-related disease: comment on the article by Stone et al. *Arthritis Rheum*. 2013; 65: 2217-8.

4. **Miloslavsky EM**, Unizony S.  The Heart in Vasculitis.  *Rheum Dis Clin North Am*. 2014; 40: 11-26.

5. Wallace ZS, **Miloslavsky EM**, Friday RP.  Rheumatology.  In Sabatine MS, editor.  Pocket Medicine (5th edition). Philadelphia, PA: Lipincott, Williams and Wilkins; 2014, p. 8-1-8-22.

6. **Miloslavsky EM**, Cho TA.  Clinical approach to neurorheumatology. *Semin Neurol*. 2014; 34: 371-7.

7. Vodopivec I, **Miloslavsky EM**, Kotton CN, Cho TA.  A Neurologist's Guide to Safe Use of Immunomodulatory Therapies.  *Semin Neurol*. 2014; 34: 467-78.

8. **Miloslavsky EM**, Puig A.  The Teaching Interaction Between Internal Medicine Residents and Fellows on the Wards: A Resident Perspective. *MedEdPublish* 2014.  Accessed at www.mededworld.org.

9. **Miloslavsky EM**.  A Diagnostic dilemma: Evaluating a patient with large vessel abnormalities. *The Rheumatologist*, February 2015.

10. **Miloslavsky EM**, Stone JH, Unizony S.  Challenging Mimickers of Primary Systemic Vasculitis. *Rheumatic Disease Clinics of North America*. 2015; 41: 141-160.

11. Fraser TN, Genuardi M, McCullough SA, Peloquin G, Currier PF, **Miloslavsky EM**.  A Pilot Study of Multiple Simultaneous Critical Care Simulations (letter to the editor). *Journal of Graduate Medical Education* 2015; 7: 303-303.

12. Keller S, **Miloslavsky EM**.  Glucocorticoids in ANCA-associated vasculitis.  *Rheumatic Disease Clinics of North America*. 2016 Feb;42(1):91-101.

## Abstracts, Poster Presentations and Exhibits Presented at Professional Meetings

**Miloslavsky EM**, Specks U, Merkel PA, Seo P, Spiera R, Langford CA, Hoffman GS, Kallenberg CG, St. Clair EW, Tchao NK, Ding L, Ikle D, Villareal M, Lim N, Brunetta P, Fervenza FC, Monach PA, Stone JH.  Primary Endpoint Failure in the Rituximab in ANCA-Associated Vasculitis Trial.  Oral presentation. 2012 ACR/ARHP Annual Meeting, Washington, D.C., November 9-14, 2012.

**Miloslavsky EM**, Specks U, Merkel PA, Seo P, Spiera R, Langford CA, Hoffman GS, Kallenberg CG, St. Clair EW, Tchao NK, Ding L, Ikle D, Villareal M, Lim N, Brunetta P, Fervenza FC, Monach PA, Stone JH. Retreatment with Rituximab in the RAVE Trial. Oral presentation. 2013 ACR/ARHP Annual Meeting, San Diego, CA, October 26-30, 2013.

**Miloslavsky EM**, Sullivan A, Richards JB, McSparron J, Roberts DH, Puig A. The Resident-Fellow Interaction: Limiting Barriers and Maximizing Learning. Oral presentation. 2013 ACR/ARHP Annual Meeting, San Diego, CA, October 26-30, 2013.

**Miloslavsky EM**, Specks U, Merkel PA, Seo P, Spiera R, Langford CA, Hoffman GS, Kallenberg CG, St. Clair EW, Tchao NK, Ding L, Ikle D, Villareal M, Lim N, Brunetta P, Fervenza FC, Monach PA, Stone JH. Safety of remission induction with rituximab versus cyclosphosphamide in patients 65 and older with severe ANCA-associated vasculitis. 2013 ACR/ARHP Annual Meeting, San Diego, CA, October 26-30, 2013.

**Miloslavsky EM**, Specks U, Merkel PA, Seo P, Spiera R, Lanford CA, Hoffman GS, Kallenberg CG, St. Clair EW, Tchao NK, Ding L, Ikle D, Villareal M, Lim N, Brunetta P, Fervenza FC, Monach PA, Stone JH. Efficacy Of Glucocorticoids To Treat Limited Flares In ANCA-Associated Vasculitis. 2013 ACR/ARHP Annual Meeting, San Diego, CA, October 26-30, 2013.

McSparron JI, **Miloslavsky EM**, Huang G. The Fellow as Clinical Teacher: Needs Assessment. HMS Resident as Teacher Showcase, September 17th, 2014.

**Miloslavsky EM**, McSparron JI. Teaching in the Setting of a Consultation: The PARTNER Model. HMS Resident as Teacher Showcase, September 17th, 2014.

**Miloslavsky EM**, McSparron JI, Puig A, Bolster MB. The Fellow as Clinical Teacher Curriculum: Maximizing Teaching and Learning on the Wards. HMS Medical Education Research Day, October 27th, 2014.

Gupta S, Alladina J, Puig A, Heaton K, **Miloslavsky EM**. A Randomized Controlled Trial of an Intervention to Improve the Resident-Fellow Interactions on the Wards. American College of Physicians Regional Meeting, Boston MA, October 4th, 2014.

**Miloslavsky EM\***, Unizony S\*, Specks U, Merkel PA, Seo P, Spiera R, Langford CA, Hoffman GS, Kallenberg CG, St. Clair EW, Tchao NK, Ding L, Ikle D, Villareal M, Lim N, Brunetta P, Fervenza FC, Monach PA, Stone JH. Comparison of Clinicopathologically- and Serologically-based Classification Systems for ANCA-Associated Vasculitis. 2014 ACR/ARHP Annual Meeting, Boston, MA, November 14-19, 2014. 8Co-first authors.

**Miloslavsky EM**, Bolster MB, O'Rourke K, Criscione-Schrieber LG. Measuring Rheumatology Fellows' Teaching Skills During a Consult Interaction Using the Objective Structured Teaching Exercise (OSTE). 2014 ACR/ARHP Annual Meeting, Boston, MA, November 14-19, 2014.

**Miloslavsky EM**, Specks U, Merkel PA, Seo P, Spiera R, Langford CA, Hoffman GS, Kallenberg CG, St. Clair EW, Tchao NK, Ding L, Ikle D, Villareal M, Lim N, Brunetta P, Fervenza FC, Monach PA, Stone JH. Outcomes of non-severe relapses in ANCA-associated vasculitis treated with glucocorticoids. Vasculitis and ANCA Workshop 2015, London UK, April 17-22, 2015.

**Miloslavsky EM**, Unizony S, Lu L, Specks U, Merkel PA, Seo P, Spiera R, Langford CA, Hoffman GS, Kallenberg CG, St. Clair EW, Tchao NK, Ding L, Ikle D, Villareal M, Lim N, Brunetta P, Fervenza FC, Monach PA, Stone JH.  Contribution of ANCA-type and disease type to clinical manifestations and outcomes in ANCA-associated vasculitis, (abstract), Vasculitis and ANCA Workshop 2015, London UK, April 17-22, 2015.

**Miloslavsky EM**, Criscione-Schrieber LG, Jonas BL, O'Rourke KS, McSparron JI, Bolster MB.  The Fellow as Clinical Teacher Curriculum: Improving Rheumatology Fellows' Teaching Skills During Inpatient Consultation.  2015 ACR/ARHP Annual Meeting, San Francisco, CA, November 6-11, 2015.

**Miloslavsky EM**, McSparron JI.  Internal Medicine Subspecialty Fellows' Attitudes Towards Teaching and Learning How to Teach: A Needs Assessment.  2015 ACR/ARHP Annual Meeting, San Francisco, CA, November 6-11, 2015.

**Miloslavsky EM**, Lu N, Unizony S, Specks U, Merkel PA, Seo P, Spiera R, Langford CA, Hoffman GS, Kallenberg CG, St. Clair EW, Tchao NK, Ding L, Fervenza FC, Monach PA, Stone JH.  The ANCA-Vasculitis Index of Damage (AVID): Performance of a New Damage Instrument.  2015 ACR/ARHP Annual Meeting, San Francisco, CA, November 6-11, 2015.

**Miloslavsky EM**, Lu N, Unizony S, Specks U, Merkel PA, Seo P, Spiera R, Langford CA, Hoffman GS, Kallenberg CG, St. Clair EW, Tchao NK, Ding L, Fervenza FC, Monach PA, Stone JH.  ANCA-Negative and Myeloperoxidase-ANCA-Positive Patients with Granulomatosis with Polyangiitis: Clinical Manifestations and Risk of Relapse.  2015 ACR/ARHP Annual Meeting, San Francisco, CA, November 6-11, 2015.

CURRICULUM VITAE

# Page V. Salenger, M.D.

## EXPERIENCE

**Director of Nephrology**
Ellis Hospital, Schenectady, NY                                    2008 – 2011

**Medical Director**
Rubin Dialysis Center, Clifton Park, NY                            2007 – Present

**Physician Partner**
Capital District Renal Physicians, Albany, NY                      1997 – Present

**Physician**
New York State Athletic Commission                                 1998 – Present

**Nephrologist/Internist**
Syracuse, NY                                                       1996 – 1997

**Nephrologist/Internist**
Geneva Medical Group, Geneva, NY                                   1995 – 1996

**Research Nephrology Fellowship**
SUNY Health Science Center, Syracuse, NY                           1993 – 1995

**Clinical Nephrology Fellowship**
Boston University Medical Center, Boston, MA                       1992 – 1993

**Staff Physician**
Convenient Family Health Care, Liverpool, NY                       1991 – 1992

**Residency & Internship in Internal Medicine**
SUNY Health Science Center, Syracuse, NY                           1988 – 1991

## LICENSURE

New York State

## CERTIFICATION

Board Certified, Nephrology                                        1994, 2001

Board Certified, Internal Medicine                                 1991, 2001

## EDUCATION

M.D., SUNY Health Science Center, Syracuse, NY                     1988

B.A. Chemistry, magna cum laude
Case Western Reserve University, Cleveland, OH                     1984
Hebrew University, Jerusalem, Israel                               1982 – 1983

Curriculum Vitae
Page V. Salenger                                                    Page II

## RESEARCH

Institute For Society, Ethics & Life Sciences,
Hasting-on-Hudson, NY
            Student Fellowship on Tay Sachs Disease              1983

SUNY Health Science Center, Syracuse, NY
            Molecular Genetics of X-linked Nephrolithiasis       1993 - 1995

## MEMBERSHIPS

American Medical Association
American College of Physicians
Diplomate, National Board of Medical Examiners
Renal Physicians Association
American Physicians Fellowship, National Board Representative
Albany County Medical Society

## HONORS

Phi Beta Kappa
Mortar Board
Iota Sigma Pi
Western Reserve College Scholar & Dean's List
Samuel Miller Scholarship For Study Abroad
William Grauer Award For Architecture & City Design
Cleveland Jewish Federation Scholarship For Community service Abroad

## ACTIVITIES

**Medical**
Clinical Rotation Track Representative                    1986 – 1987
Class of 1988 Vice President                             1984 – 1985
Syracuse Rape Crisis Center                              1987 – 1988
Volunteer Physician for Empire State Games,
            Syracuse, NY                                 1994
Participant in Gibco Life Technologies
            cDNA Library Techniques Seminar      January 17 – 21, 1994

**College**
Varsity Basketball & Volleyball                          1980 – 1984
Office of University Communications
            Public Relations Representative              1980 – 1984

Curriculum Vitae
Page V. Salenger                                                   Page III

## LECTURES

"The Role of the Medical Examiner in Rape Cases"
Rape Crisis Center, Syracuse, NY                          December 1987

"Erythropoietin"
Chairman's Rounds, SUNY HSC, Syracuse, NY                 March 21, 1991

"Update on Recombinant Erythropoietin"
Division of Nephrology, Dept. of Medicine
SUNY HSC Clinical Conference                              April 30, 1991

"The Healthy Kidney Owner's Guide"
Clay Medical Center, Liverpool, NY                        November 6, 1991

"Cell Adhesion Molecules"
SUNY HSC Clinical Conference                              December 28, 1991

"Renal Disease in Pregnancy"
SUNY HSC Clinical Conference                              March 15, 1994

"Clinical Approach to Renal Disease/Hypertension in Pregnancy"
SUNY HSC Housestaff Conference                            August 30, 1994

"Current Progress in the Attempt to Identify
the Gene for X-Linked Nephrolithiasis"
Renal/Metabolism Research Conference                      November 4, 1994

"Pharmacologic Treatment of Diabetic Nephropathy"
Renal Conference                                         May 2, 1995

"Prophylaxis of Preeclampsia"                            December 12, 1995

"Exercise and the Kidney – A Boxer's Perspective"        June 5, 2001

"Health Link: Hypertension"
Television Interview, WMHT, Schenectady, NY              February 8, 2005

"Renal Consultation in Hospitalized Patients"
Grand Rounds at Ellis Hospital, Schenectady, NY         May 2010

"ESRD in the Frail Elderly"
Grand Rounds at Ellis Hospital, Schenectady, NY         November 2011

Curriculum Vitae
Page V. Salenger

## PUBLICATIONS

Persistent Secondary Hyperparathyroidism: The relationship between FGF23 and "Cinacalcet" (abstract)

Collaborative Investigation with Albany College of Pharmacy: Effect of Omega-3 Supplementation on Inflammatory and Nutritional Markers in Patients on Peritoneal Dialysis

Sustainability of serum 25-hydroxyvitamin D levels, inflammatory reduction, and endothelial dysfunction after repletion with ergocalciferol in CKD Stage 5

Nutritional Vitamin D supplementation in hemodialysis: a potential  vascular benefit? (abstract)

"A Pst 1 Restriction Fragment Length Polymorphism Near the MAO Locus on XP" Salenger et al, Annals of Human Genetics.  1996 Sep: 60(Pt.5):437.

"Analysis of the Gene Encoding an X-Linked Voltage-Gated Chloride Channel in Idiopathic Hypercalcinuria" S. J. Scheinman et al, Abstract, American Society for Bone and Mineral Research.  1995

Hodgman

1. Pulcinella, Darlene (Admin.) v. Midstate Medical Center, et. al.
NNI-CV08-5003082-S
Superior Court, Judicial District of New Haven at Meriden
Deposition 16 Jan. 2013

Opioid overdose death

defense expert witness for:

Jonathan A. Kocienda
Danaher, Lagnese & Sacco, P.C.
Capital Place
21 Oak Street, Suite 700
Hartford, CT 06106


2. Deposition by phone, first half 2015 with Global Foundry attorney
re: Anthony Rizzo regarding medical opinion letter

CURRICULUM VITAE

Personal data
Michael James Hodgman
Birthdate: REDACTED
Birthplace: Bloomington, IL
Citizenship: USA

Academic Training
Southern Illinois University, Carbondale, B.A. Biological Sciences, Dec. 1978
University of Chicago Pritzker School of Medicine, M.D., June 1984

Traineeship
Transitional Internship
The Mary Imogene Bassett Hospital, Cooperstown, NY
John Davis M.D., program director
June 84 to June 85

Internal Medicine Residency
The Mary Imogene Bassett Hospital
Internal Medicine Residency, Alan Kozak M.D., program director
June 85 to March 88

Medical Toxicology Fellowship
University of Pittsburgh Medical Center
John G Benitez M.D., MPH, program director
July 1993 to July 1995

Board Qualification
American Board of Internal Medicine
certificate no. 119130                          Sept. 1988 (life long certification)

Medical Toxicology Subspecialty
(American Board of Emergency Medicine)
certificate no. 960040                   Nov. 1996
re-certification        Nov. 2006, expires 31 Dec. 2016

Medical Licensure
New York        164713-1                        active
Maine           MD14069                         active

Certifications

    Advanced Trauma Life Support      Instructor      Dec. 1989 to present

    Advanced Hazmat Life Support Instructor      July 2004 to present

Professional Organizations

    American Academy of Clinical Toxicology
    American College of Medical Toxicology

Academic Appointments

| | |
|---|---|
| 7/90 - 5/93 | College of Physicians and Surgeons<br>Columbia University, NY, NY<br>Assistant Clinical Professor of Medicine |
| 7/93 - 7/95 | University of Pittsburgh Medical Center<br>Pittsburgh, PA<br>Instructor in Medicine, Department of Medicine |
| 2/97- 6/97 | University of Pittsburgh Medical Center<br>Pittsburgh, PA<br>Instructor in Emergency Medicine |
| 10/98- present | College of Physicians and Surgeons<br>Columbia University, NY, NY<br>Assistant Clinical Professor of Medicine (MIBH) |
| 2001 to present | SUNY Upstate Medical University, Clinical Assistant Professor,<br>Department of Emergency Medicine, Upstate New York Poison<br>Center, Syracuse |
| 5/2003- 5/2005<br>and<br>10/2008 to<br>01/2011 | University of Rochester Medical Center, Rochester, NY<br>Visiting Assistant Professor of Medicine (5/03-5/04)<br>Adjunct Assistant Professor of Medicine (5/04-5/05)<br>Clinical Assistant Professor of Emergency Medicine (10/08-2/11) |

Hospital Appointments

| | |
|---|---|
| 6/88 - 5/93 | Attending Physician, Departments of<br>Emergency Medicine and Internal Medicine<br>The Mary Imogene Bassett Hospital, |

Cooperstown, NY 13326

| | |
|---|---|
| 7/93 - 7/95 | Attending Physician, Division of Emergency Medicine<br>University of Pittsburgh Medical Center<br>Pittsburgh, PA |
| 9/95- 1/97 | Attending Physician, Department of Emergency Medicine<br>St. Joseph Hospital<br>Bangor, ME |
| 2/97- 6/97 | Attending Physician, Medical Toxicology, Emergency Medicine<br>University of Pittsburgh Medical Center<br>Pittsburgh, PA<br>(* continued in same capacity on per diem basis, 7,8/97) |
| 5/97-9/97 | Attending Physician, Emergency Medicine<br>Emergency Resource Management Inc.<br>200 Lothrop St., Suite 400, McKee Place, Pittsburgh, PA 15213 |
| 2/98 to present | Attending Physician, Emergency Medicine<br>Bassett Medical Center, Cooperstown, NY |
| 11/2001 to present | Associate Medical Staff, Medical Toxicology Consultant, Department of Emergency Medicine, University Hospital<br>SUNY Upstate Medical University<br>750 Adams St., Syracuse, NY 13210 |

Other Activities

| | |
|---|---|
| 02/1998- 03/2008<br>04/2008- 12/2012 | Director Medical Education, Emergency Medicine<br>Co-Director, Medical Education, Emergency Medicine<br>Department of Emergency and Trauma Services<br>Bassett Medical Center, Cooperstown, NY |
| June 1999 | Managing Editor, Plant and Mushroom Toxicology<br>emedicine.com (not currently active) |
| 2002 to present | CQI Medical Director, Upstate New York Poison Center,<br>Syracuse, NY |
| 1998 to 2014 | Institutional Coordinating Committee for Transitional Year,<br>Bassett Medical Center, Cooperstown, NY |

| | |
|---|---|
| 1998 to present | Graduate Medical Education Committee, Bassett Medical Center |
| 2003 to present | Pharmacy and Therapeutics Committee, Bassett Medical Center |
| 2003 to present | Professional Review Committee, Bassett Medical Center |
| 2007- present | Reviewer, Journal of Medical Toxicology |
| Sept. 2011 - present | Editorial Board Member, Journal of Medical Toxicology Co-section Editor, Case Reports, 2014- present |
| 10/08- 12/2010 | Medical Toxicology Consultant, Ruth Lawrence Poison Center, University Rochester Medical Center, Rochester, NY |
| Dec 2010- present | Program Director, Medical Toxicology Fellowship, Upstate Medical University, Syracuse, NY |
| Sept. 2012- present | Medical Director, Garrattsville, NY Volunteer Emergency Squad |

Publications

Journal articles

1. Roberge R, Martin T, Hodgman M, Benitez J, Brunswick J. Supraventricular tachyarrhythmia associated with baclofen overdose. Clin Toxicol 1994;32(3),291-297.

2. Roberge R, Martin T, Hodgman M, Benitez J. Acute chemical pancreatitis associated with a tricyclic antidepressant (clomipramine) overdose. Clin Toxicol 1994;32(4), 425-429.

3. Mrvos R, Hodgman M, Krenzelok E. Tacrolimus (FK506) overdose: a report of five cases. Clin Toxicol 1997;35(4):395-399.

4. Hodgman MJ, Martin TG, Krenzelok EP. Serotonin syndrome due to venlafaxine and maintenance tranylcypromine therapy. Hum Exp Tox 1997;16:14-17.

5. Hodgman MJ, Horn JF, Stork CM, et. al. Profound metabolic acidosis and oxoprolinuria in an adult. J Med Tox 2007;3:119-124.

6. Marraffa JM, Holland MG, Stork CM, Hoy CD, Hodgman MJ. Diethylene glycol: A widely used solvent presents serious poisoning potential. J Emerg Med 2008;35:401-406.

7. Nelsen JL, Lapoint J, Hodgman MJ, Aldous KM. Seizure and coma following Kratom (Mitragynina speciosa Korth) Exposure. J Med Toxicol 2010;6:424-426.

8. Sullivan R, Hodgman MJ, Kao L, Tormoehlen LM. Baclofen overdose mimicking brain death. Clin Toxicol 2012;50:141-144.

9. Marraffa JM; Holland MG; Sullivan RW; Morgan BW; Oakes JA; Wiegand TJ; Hodgman MJ. Cardiac conduction disturbance after loperamide abuse. Clin Toxicol 2014;52:952-7.

10. Martini DI, Nacca N, Haswell D, Cobb T, Hodgman M. Serotonin syndrome following metaxalone overdose and therapeutic use of a selective serotonin reuptake inhibitor. Clin Toxicol 2015; early online: DOI: 10.3109/15563650.2015.1009993

Book Chapters, Invited Reviews

1. Hodgman MJ, Benitez JG. The Toxic Alcohols. In: Howell JM, ed. Emergency Medicine. Philadelphia, PA: WB Saunders Co. 1998.

2. Hodgman MJ. 1) Caffeine, 2) Warfarin, 3) Heparin, 4) Tricyclic Antidepressants, 5) Brodifacoum, 6) Rifampin. In: Wexler P, ed. Encyclopedia of Toxicology. San Diego, CA: Academic Press 1998.

3. Hodgman MJ, Garrard A. A Review of Acetaminophen Poisoning. Crit Care Clin 2012;28:499-516.

4. Hodgman MJ. Seeking a role, Psi and APAPxAT as acetaminophen risk assessment tools (Commentary). Clin Toxicol 2014;52:451-453.

Letters

1. Hodgman MJ, Wezorek C, Krenzelok EP. Toxic inhalation of ethylene glycol: a pharmacologic improbability (letter). J Toxicol Clin Toxicol 1997;35:109-110.

2. Nelsen J, Marraffa JM, Stork CM, Hodgman M, Holland MJ. An unusual case of dipropylene glycol toxicity (letter, comment). Am J Emerg Med 2009;27:122-123.

3. Marraffa JM, Holland MG, Hodgman MJ. Reply to: "Torsade de Pointes Associated with High-dose Loperamide Ingestion" (letter). Journal of Innovations in Cardiac Rhythm Management. 2015;6:1897-1899

Abstracts/Posters

1. Kerr JF, Benitez JG, Hodgman MJ. Aspirin deaths- A regional perspective. Acad Emerg Med 1997; 4:450.

2. Doyle CR, Win N, Hodgman M, Krenzolek EP. Diethylene glycol abuse with resultant multiple fatalities. Clin Toxicol 1998;36:516-517.

3. Hodgman M, Benitez JG. Elemental mercury poisoning in a glass plant. Clin Toxicol 1998;36:496-497.

4. Hodgman MJ, Horn JF, Stork CM, Marraffa JM, Cantor R. Profound Metabolic Acidosis and Oxoprolinuria After Acetaminophen Use. Clin Toxicol 2004;42:719.

5. Marraffa JM, Stork CM, Medicis JJ, Hodgman MJ, Cantor R. Massive amlodipine overdose successfully treated using high-dose vasopressin. Clin Toxicol 2004;42:732.

6. Marraffa JM, Stork CM, Hodgman MJ, Cantor RM. Venlafaxine overdose resulting in seizures and QRS widening 16 hours after overdose. Clin Toxicol 2004;42:739.

7. Marraffa JM, Holland MG, Stork CM, Hoy CD, Hodgman MJ. Multi-organ effects after intentional diethylene glycol ingestion. Clin Tox 2005;43:690.

8. Marraffa JM, Stork CM, Nelsen JL, Hodgman MJ, Holland MG, Grant WD, Dougherty M. High-Definition Simulators in AHLS: Bringing to 'Life' Toxicology Scenarios. Clin Toxicol 2009;47:715.

9. Cassidy TE, Kalil M, Hodgman MJ. Effect of Therapeutic Acetaminophen Dosing on Urine Excretion of 5-Oxoproline. Clin Toxicol 2009;47:732.

10. Holland MG, Stork CM, Hodgman MJ, Rosano T, Marraffa JM. Elevated Glycolate Levels after Unintentional Pediatric Ethylene Glycol Ingestion. Clin Toxicol 2009;47:737.

11. Nelsen JL, Hodgman MJ, LaPoint J, Aldous KM. Seizure Following Kratom Exposure. Clin Toxicol 2009;47:760.

12. Sullivan R, Hodgman MJ, Marraffa JM, Stork CM. Baclofen Overdose Mimicking Brain Death. Clin Toxicol 2010;48:609.

13. Marraffa JM, Holland MG, Sullivan RW, Seabury R, Hodgman MJ. Syncope and recurrent polymorphic ventricular tachycardia following loperamide misuse. Clin Toxicol 2013;51:653-653.

14. Sullivan R, Hodgman M, Hall R. Unintentional injection of sodium hypochlorite instead of procaine for a dental nerve block. Clin Toxicol 2013;51:292-292.

15. Sullivan R, Seabury R, Marraffa J, Hodgman M. Toxicology consultation and mechanical ventilation recommendations increases survival in intubated salicylate poisoned patients. Clin Toxicol 2013;51:691-691.

16. Seabury R, Sullivan R, Hodgman M. Non-ST elevation myocardial infarction after baclofen withdrawal. Clin Toxicol 2013;51: 660-661

17. Hodgman MJ, Rao KN. Theophylline protein binding at toxic concentrations. J Med Toxicol 2013;9:93

18. Marraffa JM, Nacca NE, Stork CM, Hodgman MJ. Phenibut: One poison center's experience. Clin Toxicol 2014;52:736

19. Hodgman M, Holland MJ, Englich U, Woijcik SM, Grant WD. Impact of ethanol on integrity of the sustained release properties of Avinza®. Clin Toxicol 2014;52:688.

20. Nacca NE, Hodgman M. APAP x AT in staggered, chronic and time unknown acetaminophen overdoses. Clin Toxicol 2015;53:339.

21. Hodgman M, Wojcik SM, Grant WD, Marraffa JM, Serum Calcium Levels in Ethylene Glycol Poisoning. Clin Toxicol 2015;53:734.

Other educational activities available on request

Timothy Rizzo, PE, 272 County Highway 107, Johnstown, New York 12095, 518-265-3561, rizzotj@hotmail.com

**Hon. Mae A. D'Agostino**
**U.S. District Judge**
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

**Hon. Andrew T. Baxter**
**U.S. Magistrate Judge**
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

**DEFENDANTS**
GF Law Firm
JONES DAY
Attn: Sharyl Reisman
250 Vesey Street
New York, NY 10281-1047

Applied Materials Law Firm
LEWIS BRISBOIS BISGAARD & SMITH LLP
Attn: Berj Parselghian
77 Water Street, 21ˢᵗ Floor
New York, NY 10005

Case:  *Rizzo v. Globalfoundries, U.S., Inc., et al.*
        6:15-CV-00557 (MAD)(ATB)
*REASON: AFFIDAVIT of SERVICE by MAIL*
C:\CHEMICAL EXPOSURE OF TIM RIZZO\FEDERAL COURT\FORMS and TEMPLATES\AFFIDAVIT OF SERVICE.doc

## AFFIDAVIT of SERVICE by MAIL

**State of New York**
County of Fulton

I, <u>Timothy Rizzo</u>, being duly sworn, deposes and says: that I am the plaintiff herein and served a copy of the following document(s):  Letter update and Reply to Don Henderson Affidavit.

On the law firms of <u>Jones Day</u> and <u>Lewis Brisbois, Bisgaard, and Smith, LLP</u>  to the addresses and contact listed above.

By mailing and depositing a true and correct copy of said document(s) in a Mailbox located at the Johnstown Postal Service on the following date: 5-23-16

I declare under penalty of perjury that the foregoing is true and correct.

_____, Date: _5/23/16_
Timothy Rizzo (Sign)

Sworn to before me this _____23_____ day of _May_, 2016

_____
Notary Public (Sign)

TAMMY L. WARNER
Notary Public in State of N.Y.
Fulton County # 01WA6029013
My Commission Expires August 9, 20_1_

Timothy Rizzo, PE, 272 County Highway 107, Johnstown, New York 12095, 518-265-3561, rizzotj@hotmail.com

Hon. Mae A. D'Agostino
**U.S. District Judge**
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Hon. Andrew T. Baxter
**U.S. Magistrate Judge**
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANTS**
GF Law Firm
JONES DAY
Attn: Sharyl Reisman
250 Vesey Street
New York, NY 10281-1047

Applied Materials Law Firm
LEWIS BRISBOIS BISGAARD & SMITH LLP
Attn: Berj Parselghian
77 Water Street, 21st Floor
New York, NY 10005

Case:   *Rizzo v. Globalfoundries, U.S., Inc., et al.*
        6:15-CV-00557 (MAD)(ATB)
REASON: *Certificate of Service by Mail*
C:\CHEMICAL EXPOSURE OF TIM RIZZO\FEDERAL COURT\FORMS and TEMPLATES\CERTIFICATE OF SERVICE BY MAIL.doc

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

## CERTIFICATE of SERVICE by MAIL

**State of New York**
County of Fulton

I, Timothy Rizzo, being duly sworn, deposes and says: that I am the plaintiff herein and served a copy of the following document(s):  Letter update and Reply to Don Henderson Affidavit.

On the law firms of Jones Day and Lewis Brisbois, Bisgaard, and Smith, LLP to the addresses and contact listed above.

By mailing and depositing a true and correct copy of said document(s) in a Mailbox located at the Johnstown Postal Service on the following date: 5-23-16

I certify that the foregoing is true and correct.

_____ , Date: 5/23/16
Timothy Rizzo (Sign)



This envelope is made from post-consumer waste. Please recycle - again.

PRESS FIRMLY TO SEAL

PRIORITY®
★ MAIL ★

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED *

PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
Expedited Delivery Day: 05/25/2016

USPS TRACKING NUMBER

9505 5117 4832 6144 1338 84

U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK
MAY 2 5 2016
RECEIVED

FROM:

TO:

Hon Andrew Baxter
U.S. Magistrate Judge
Federal Building + U.S. Courthouse
P.O. Box 7396
Syracuse, N.y 13261- 7396

U.S. POSTAGE
JOHNSTOWN, NY
$6.45

VISIT US AT USPS.COM®

UNITED STATES

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.