

Robert S. Wang, MD
18 Marion Ave.
Saratoga Springs, NY 12866
wangrmd@gmail.com
(518) 366-0683

Sharyl A. Reisman
Jones Day
250 Vesey Street
New York, New York 10281
sareisman@jonesday.com

and

Berj K. Parseghian
Lewis Brisbois Bisgaard & Smith LLP
77 Water Street
New York, New York 10005
berj.parseghian@lewisbrisbois.com


Date of Service: 8/30/16
Regarding: Rizzo v. Applied Materials, Inc., et al.

## Invoice for Professional Services:

Deposition Time: 8.25 hours
Preparation Time: 8.25 hours
Travel time: 1 hours
Total Time: 17.5 hours
Hourly rate: $400.00

Total due: $7,000.00