# EXHIBIT C

Robert S. Wang, MD
18 Marion Ave.
Saratoga Springs, NY 12866
wangrmd@gmail.com
(518) 366-0683

Sharyl A. Reisman
Jones Day
250 Vesey Street
New York, New York 10281
sareisman@jonesday.com

and

Berj K. Parseghian
Lewis Brisbois Bisgaard & Smith LLP
77 Water Street
New York, New York 10005
berj.parseghian@lewisbrisbois.com


Date of Service:  11/11/16
Regarding:  Rizzo v. Applied Materials, Inc., et al.

## Invoice for Professional Services:
Deposition Time:  4.25 hours
Preparation Time:  6 hours
Travel time:  1 hours
Total Time:  11.25 hours
Hourly rate:  $400.00

Total due:  $4,500.00