rizzotj@hotmail.com

**From:** Reinemann, John - OSHA <Reinemann.John@dol.gov>
**Sent:** Wednesday, September 11, 2013 8:08 AM
**To:** timothy rizzo
**Cc:** Young, Rita - OSHA
**Subject:** RE: Timothy Rizzo_9-10-13

Tim, no one has called me. I do not have the tool serial numbers and MSDS for the chemicals used for all those tools.
John

---

**From:** timothy rizzo [mailto:rizzotj@hotmail.com]
**Sent:** Tuesday, September 10, 2013 7:59 PM
**To:** Reinemann, John - OSHA
**Subject:** Timothy Rizzo_9-10-13

John,

Last week I gave you a message that I contacted and met with the other person sick with a spiked immune systems and is on heavy drugs. I hope he called you.

I need a favor. I need the MSDS sheets and TOOL Serial Numbers for SNK2700, POL2700, and POL2701. <u>Can you please obtain them for me?</u> I have requested this from AMTS and they are not responding to me.

Please get back to me.

Thank you.
Tim Rizzo